IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0625 (ESH) |
| ) | |
| MCCORMICK TILE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On July 24, 2007, service of the Summons and Amended Complaint in this action was made upon McCormick Tile, LLC, by delivering said documents at 469 Toms Fork, Alum Creek, WV 25003 upon Rick McCormick, authorized to accept service on behalf of McCormick Tile, LLC.

3. Proof of such service is provided by the Declaration of process server, Mary McKnight, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/30/07

_____
Ira R. Mitzner

# EXHIBIT 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

V.

MCCORMICK TILE, LLC,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00625
Assigned To: Huvelle, Ellen S.

Description: FLYNN v. MCCORMICK TILE

TO: (Name and address of Defendant)

MCCORMICK TILE, LLC
469 Toms Fork
Alum Creek, WV  25003

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the amended complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DATE 7/19/07

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[*] | DATE 7-24-07 @ 8:25 PM |
| NAME OF SERVER (PRINT) Mary K McKnight | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Rick McCormick, Owner, authorized to accept. Service was completed at 469 Toms Fork, Alum Creek, WV 25003

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/07         Mary K McKnight
             Date             Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

\* Amended Complaint, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial before a United States Magistrate Judge and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.