UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0625 (ESH) |
| ) | |
| MCCORMICK TILE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

While proof of service of process in this case was accomplished on July 30, 2007, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 15th day of August, 2007, hereby

**ORDERED** that by no later than September 5, 2007, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 15, 2007