CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al. )
)
)
vs. )  Civil Action No. 07-0625
)
MCCORMICK TILE LLC. )
)
Defendant. )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __4th__ day of __September 2007__ that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __MCCORMICK TILE LLC__

was [X]: [personally served with process on __July 24, 2007__ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132(e)(2)__ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*[signature]*
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner

Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC  20006

__184564__
Bar Id. Number

Address and Telephone Number (202) 420-2200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No.07-0625 (ESH) |
| MCCORMICK TILE LLC., | ) ) ) |
| Defendant. | ) ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC 20006-5403
> Telephone: (202) 340-2200
> Facsimile   (202) 420-2201
>
> McCormick Tile LLC
> 469 Toms Fork
> Alum Creek, WV 25003

2312134.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Affidavit in Support of Default and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the 4th day of September 2007 upon:

McCormick Tile LLC
469 Toms Fork
Alum Creek, WV  25003

_____
Joanne Jackson