Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

    Plaintiff(s)

V.

MCCORMICK TILE

    Defendant(s)

Civil Action No. 07-cv-00625-ESH

RE: MCCORMICK TILE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 24, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of September, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk