UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-0625 (ESH) |
| MCCORMICK TILE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Default having been entered by the Clerk of Court on September 4, 2007, it is hereby

**ORDERED** that plaintiffs shall move for default judgment on or before September 18, 2007, or the Court will dismiss this action for lack of prosecution pursuant to Local Civil Rule 83.23.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 4, 2007