UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-625 (ESH) |
| ) | |
| MCCORMICK TILE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for entry of default judgment [Dkt. # 10] is **GRANTED.**

Within 20 days of the date of this Order defendant shall pay plaintiffs the amount of $22,836.35

pursuant to 29 U.S.C. § 1132(g)(2). It is

**FURTHER ORDERED** that judgment shall be entered for plaintiffs and the complaint

dismissed.

                                                             /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date:  September 19, 2007